IRVIN AGENCY, INC., Appellant, v. HAROLD M. HESS, as Treasurer of New York Fire Insurance Exchange, Respondent.— Appeal from an order and judgment granting defendant's motion and dismissing the complaint in an action involving plaintiff's status in a voluntary organization, of which defendant is treasurer. Order and judgment unanimously affirmed, with ten dollars costs

and disbursements. The court is in accord with the view of the learned Special Term justice that the action is prematurely brought. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ. [176 Misc. 56.]